FILE COPY

# CORRECTED BILL OF COSTS

## TEXAS COURT OF APPEALS, SEVENTH DISTRICT, AT AMARILLO

No. 07-13-00394-CV

**Ronald Winegardner**

**v.**

## Texas Workforce Commission and Colorado West Healthcare System

(No. 12-180 IN 69TH DISTRICT COURT OF MOORE COUNTY)

| Type of Fee | Charges | Paid | By |
|---|---|---|---|
| Filing | $100.00 | DISM - NOT PAID | |
| Indigent | $25.00 | DISM - NOT PAID | |
| Supreme Court chapter 51 fee | $50.00 | DISM - NOT PAID | |
| Statewide efiling fee | $20.00 | DISM - NOT PAID | |

| |
|---|
| **Balance of costs owing to the Seventh Court of Appeals, Amarillo, Texas: $195.00** |
| |
| *Court costs in this cause shall be paid as per*<br>*the Judgment issued by this Court.* |

I, **VIVIAN LONG, CLERK** OF THE SEVENTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE SEVENTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.



**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Seventh District of Texas on June 5, 2018.

*Vivian Long*

VIVIAN LONG, CLERK